EVA C. SIEGEL V. MAX BALIK.— Motion denied upon condition that said appeal be noticed for argument at the earliest possible date. Present — Dowling, Merrell, Finch, McAvoy and Martin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK V. ROBERT C. BERENS.— Preference granted for March 30, 1926. Present — Dowling, Merrell, Finch, McAvoy and Martin, JJ.

MARIE H. FLUEGEL, as Administratrix, etc., v. FREDERIC R. COUDERT and Others and STOGOL TAXI CORPORATION.— Preference granted for April 6, 1926. Present — Dowling, Merrell, Finch, McAvoy and Martin, JJ.

In the Matter of HENRY R. KUNHARDT, Deceased.— Preference granted for March 30, 1926. Present — Dowling, Merrell, Finch, McAvoy and Martin, JJ.

MARY McGUIRE, as Administratrix, etc., v. SHULTS BREAD Co., INC.— Preference granted for April 6, 1926. Present — Dowling, Merrell, Finch, McAvoy and Martin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK V. ABRAHAM HERRMANN.— Motion granted. Present — Dowling, Merrell, Finch, McAvoy and Martin, JJ.

MORRIS ROSENFIELD, Respondent, v. IDA ROSENFIELD, Appellant.— Judgment affirmed, without costs. No opinion. Present — Dowling, Merrell, McAvoy and Martin, JJ.

ANTON LEHMAN, Respondent, v. PRINTZ GARAGE, INC., Appellant, Impleaded with Another, Defendant.— Judgment affirmed, with costs. No opinion. Present — Dowling, Merrell, McAvoy and Martin, JJ.

MORRIS WATKIN, Respondent, v. HARRY HIRSCHFELD, Appellant, Impleaded with BERNARD WEISS, Respondent, and Another, Defendant.— Judgment affirmed, with costs. No opinion. Present — Dowling, Merrell, McAvoy and Martin, JJ.

DIMOCK & FINK COMPANY, Respondent, v. COMMERCIAL CASUALTY INSURANCE COMPANY, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, Merrell, McAvoy and Martin, JJ.

CELESTINE F. COLIS and Another, Appellants, v. GEORGE C. ANDREWS and Others, Respondents.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, Merrell, McAvoy and Martin, JJ.

In the Matter of the Application of ALBERT E. WARD, Petitioner, against RICHARD E. ENRIGHT, Police Commissioner of the City of New York, and Another, Respondents.— Order sustained and determination of respondents annulled, and the fine remitted, with fifty dollars costs and disbursements to the petitioner, on the ground that the evidence is insufficient to warrant a finding of guilty against the petitioner. Present — Dowling, Merrell, McAvoy and Martin, JJ.

In the Matter of the Application for Letters of Administration on the Goods, etc., of ELIZABETH HARRIS, Also Known as LIZZIE HARRIS, Deceased.— Decree so far as appealed from affirmed, with costs to the respondent. No opinion. Present — Dowling, Merrell, McAvoy and Martin, JJ.